UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

\- - - - - -

UNITED STATES OF AMERICA,

Plaintiff, No. 1:24-mj-544

vs.

RYAN ROMARIO DOOKHAN,

Defendant.

MOTION TO SEAL

_______________________________/

Now comes the United States of America by Mark A. Totten, United States Attorney for the Western District of Michigan, and Constance R. Turnbull, Assistant United States Attorney, and moves this court to seal the Complaint in the above entitled case in order that the execution of the arrest warrant be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendant(s) is(are) advised of these proceedings, arrested, the investigation is completed, or further order of this court.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated: December 31, 2024

CR Turnbull

CONSTANCE R. TURNBULL
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated: 12/31/2024

RAY KENT
United States Magistrate Judge
United States District Court