UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RYAN ROMARIO DOOKHAN,

Defendant.
_______________________________/

No. 1:24-mj-544

Hon. Ray Kent
United States Magistrate Judge

**MOTION TO UNSEAL**

Now comes the United States of America by Constance R. Turnbull, Assistant United States Attorney, and moves this Court to unseal the Criminal Complaint in the above entitled case because the defendant has been arrested.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated: January 2, 2025

*/s/ Constance R. Turnbull*
CONSTANCE R. TURNBULL
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated: January 2, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge
United States District Court